AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Battani, Marianne O | USDC, Eastern Distict of MI | 04/27/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge, active | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 231 West Lafayette Detroit, Michigan 48226 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trial Practice Course, oral argument judge | Cooley Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

FINANCIAL DISCLOSURE OFFICE

2007 MAY -2 A 10: 52

RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1982 | State of Michigan Defined Benefit Plan(pension) |
| 2. 1982 | County of Wayne Defined Benefit Plan(pension) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O | 04/27/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Cooley Law School, compensation | $ 900.00 |
| 2. 2006 | Michigan Judges' Retirement System | $ 36,209.00 |
| 3. 2006 | Wayne County Retirement System | $ 19,270.00 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O | 04/27/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | charge card | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INDIVIDUAL ACCOUNT(formerly Ultra Service) | | | | | | | | | |
| 2. -Fidelity Accounts(cash, cash equivalent) | A | Int & Div | K | T | | | | | |
| 3. -Fidelity Fund | A | Dividend | J | T | | | | | |
| 4. FIDELITY IRA ACCOUNT: | D | Dividend | M | T | | | | | |
| 5. -Euro Disney stock | | | | | Delisted | 1-1 | | | |
| 6. -US Treasury Security | | | | | | | | | |
| 7. -Fidelity Contrafund | | | | | | | | | |
| 8. -Fidelity Equity Income II | | | | | | | | | |
| 9. -Fidelity Fund | | | | | | | | | |
| 10. -Fidelity Magellan Fund | | | | | | | | | |
| 11. -Fidelity Puritan | | | | | | | | | |
| 12. -Janus Fund | | | | | | | | | |
| 13. -Fidelity Cash Reserves | | | | | | | | | |
| 14. Walt Disney Stock | A | Dividend | J | T | | | | | |
| 15. American Century Select | A | Dividend | K | T | buy | 1/09 | J | | |
| 16. | | | | | buy | 2/07 | J | | |
| 17. | | | | | buy | 3/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DEFERRED COMPENSATION 457: | E | Dividend | M | T | | | | | |
| 19. -SSgA S&P Mid Cap | | | | | | | | | |
| 20. -SSgA Russell 2000 | | | | | | | | | |
| 21. -SSgA Aggressive Asset Allocation | | | | | | | | | |
| 22. -Dodge Cox Stock Fund | | | | | | | | | |
| 23. -Templeton Foreign Fund | | | | | | | | | |
| 24. -SSgA Bond Market Index Fund | | | | | | | | | |
| 25. -Western Asset Core Bond Fl | | | | | | | | | |
| 26. -Lord Abbett Mid Cap Value Fund | | | | | | | | | |
| 27. -Legg Mason Large Cap Growth:Y (rep. for Smith Barney) | | | | | sell | 10/31 | J | | |
| 28. -SSgA Emerging Markets | | | | | buy | 10/31 | J | | |
| 29. EDWARD JONES IRA ACCOUNT | A | Dividend | L | T | | | | | |
| 30. -Putnam Growth & Income Fund | | | | | partial sell | 5/09 | J | | |
| 31. | | | | | sell | 11/20 | J | | |
| 32. -Putnam Global Equity Fund | | | | | buy | 5/09 | J | | |
| 33. | | | | | sell | 11/20 | J | | |
| 34. -Putnam New Opportunites Fund | | | | | sell | 11/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Putnam Voyager Fund | | | | | sell | 5/09 | J | | |
| 36. -Putnam Equity Income Fund | | | | | sell | 11/20 | J | | |
| 37. -George Putnam Fund Boston | | | | | sell | 11/20 | J | | |
| 38. -Putnam Mid Cap Value Fund | | | | | buy | 11/20 | J | | |
| 39. -Putnam New Value Fund | | | | | buy | 11/20 | J | | |
| 40. -Putnam Intl Capital Opptys | | | | | buy | 5/09 | J | | |
| 41. -Putnam International Equity | | | | | buy | 5/09 | J | | |
| 42. | | | | | sell | 11/20 | J | | |
| 43. -Putman Investors Fund | | | | | buy | 5/09 | J | | |
| 44. | | | | | sell | 11/20 | J | | |
| 45. -Capital Income Builder Fund | | | | | buy | 11/20 | J | | |
| 46. -Capital World Growth & Income Fund | | | | | buy | 11/20 | J | | |
| 47. -Euro Pacific Growth Fund | | | | | buy | 11/20 | J | | |
| 48. -Franklin income Fund | | | | | buy | 11/20 | J | | |
| 49. -Fundamental Investors Fund | | | | | buy | 11/20 | J | | |
| 50. -Hartford Capital Appreciation Fund | | | | | buy | 11/20 | J | | |
| 51. EDWARD JONES SINGLE ACCOUNT | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Cash & cash equivalent | A | Interest | J | T | | | | | |
| 53.  -Federated Strategic Income Fund Cl A | A | Dividend | J | T | buy | 1/03 | J | | |
| 54. | | | | | buy | 2/03 | J | | |
| 55. | | | | | buy | 5/01 | J | | |
| 56. | | | | | buy | 6/5 | J | | |
| 57. | | | | | buy | 8/2 | J | | |
| 58. | | | | | buy | 11/2 | J | | |
| 59.  -Federated Market Opportunity | A | Dividend | J | T | buy | 3/2 | J | | |
| 60. | | | | | buy | 4/5 | J | | |
| 61. | | | | | buy | 6/30 | J | | |
| 62. | | | | | buy | 9/11 | J | | |
| 63. | | | | | buy | 10/2 | J | | |
| 64. | | | | | buy | 12/4 | J | | |
| 65.  Chase Bank (cash and cash equivalent) | A | Interest | K | T | | | | | |
| 66.  MassMutual: whole life policy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Battani, Marianne O | 04/27/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII, Line 5:   As of January, 2006, the Euro Disney item is no longer reported on my account.  This is pursuant to a letter from Euro Disney in which it stated is was delisting Euro Disney Depository Receipts and it will no longer trade on the London Stock Exchange.  It has no value.

VII, Line 27:  Smith Barney Large Cap Growth:Y was replaced in the 457 plan by Legg Mason Large Cap Growth:Y.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Battani, Marianne O | 04/27/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████      Date _4·27-2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544